**Order entered January 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00869-CV

**RODNEY SHARP AND ALL OCCUPANTS, Appellant**

**V.**

**WOODRIDGE PROPERTIES COMPANY LP, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-00238-C**

## ORDER

The reporter's record in this case is overdue. By postcard dated August 19, 2013, we notified Janet E. Wright, Official Court Reporter for County Court at Law No. 3, that the reporter's record was overdue. We directed Janet E. Wright to file the record within thirty days. To date, we have not received any response.

Accordingly, we **ORDER** Janet E. Wright to file, within **TEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification that no hearings were recorded or no request for the reporter's record has been made; or (3) written verification that appellant has not been found indigent and has not paid or made arrangements to pay for the record.

*We notify appellant that if we receive verification that no request for the record has been made or that she has not paid for or made arrangements to pay for the record, we will order the appeal submitted without the reporter's record.  See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to all parties and to Janet E. Wright, Official Court Reporter for County Court at Law No. 3 and to the Honorable Sally Montgomery, Presiding Judge of County Court at Law No. 3.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE